UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   8:25-00917 ADS                                    Date: May 12, 2025

Title:   *Laure Ines Arias, v. United States of America*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                                           None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING VENUE**

On May 2, 2025, Plaintiff filed a Complaint in the Central District of California. (Dkt. No. 1.) On May 7, 2025, the instant action was assigned to this Court. (Dkt. No. 4.) The Complaint states that "Venue is proper in the Southern District of California. The motor vehicle accident giving rise to this complaint occurred near I-805 near Camino Del Rio S, San Diego, CA 92108, which is within the present judicial district. Plaintiff also resides within this judicial district." (Compl. at ¶ 2.)

On the face of the Complaint, venue is not proper in this Court. "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406 (a). Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for improper venue. Plaintiff must file a written response to this order by **May 19, 2025.**

   **IT IS SO ORDERED.**

Initials of Clerk kh